Jana Yocom (ARDC# 6193677)
Jana Yocom, P.C.
320 S. 11th, Suite 1
Mt. Vernon, Illinois 62864
Telephone:  618-731-1944
Facsimile:  618-242-4808
Jana.yocom@gmail.com
KM Enterprises, Inc., Defendant/Counter-claimant
Andrea Morgan, Defendant
Rodney K. Morgan, Defendant

Martin Zurada (SBN 218235)
*Zurada Law Group*
785 Market Street, 16th Floor
San Francisco, CA 94103
m.zurada@sflawyer360.com
Telephone:  415-637-8483
Local Counsel for Defendants/Counter-claimant

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANSCISCO BRANCH**

| | |
|---|---|
| JAMES T. JARZAB, an individual; and JAMES R. JARZAB, an individual, | |
| Plaintiffs, | CASE NO.:3:11-cv-06671-LB |
| v. | |
| KM ENTERPRISES, INC., dba Emtrac Systems, an Illinois corporation; ANDREA MORGAN, an individual; RODNEY K. MORGAN, an individual; and DOES 1 through 30, inclusive. | **ORDER ON REQUEST FOR TELEPHONE CONFERENCE** |
| Defendants. | Date:  July 26, 2012<br>Time:  10:30am |
| KM ENTERPRISES, INC., | Place:  Courtroom C, 15th Floor |
| Counter-claimant | |
| v. | Hon. Judge Laurel Beeler |
| JAMES T. JARZAB, | |
| Counter-defendant | |

1

This cause coming before the Court for consideration on Defendantsø Request for Telephone Conference,

the court being fully advised in the premises, `Counsel are to provide the courtroom deputy, Lashanda Scott at 415-522-3140 with a direct dial-in phone number by 7/11/12.`

    IT IS HEREBY ORDERED that Defendantøs request is GRANTED and;

~~____ Plaintiff is ORDERED to initiate the call, the court to be contracted at the following number:~~

~~_____~~.

~~____~~ The parties are to participate in the conference as follows:

`The court will initiate the conference call. Counsel are to remain on standy-by until the court contacts counsel for the conference.`

Dated: `July 9, 2012`                           _____
                                                             United States Magistrate Judge