Jana Yocom (ARDC# 6193677)
Jana Yocom, P.C.
320 S. 11th, Suite 1
Mt. Vernon, Illinois 62864
Telephone:  618-731-1944
Facsimile:  618-242-4808
Jana.yocom@gmail.com
KM Enterprises, Inc., Defendant/Counter-claimant
Andrea Morgan, Defendant
Rodney K. Morgan, Defendant

Martin Zurada (SBN 218235)
*Zurada Law Group*
785 Market Street, 16th Floor
San Francisco, CA 94103
m.zurada@sflawyer360.com
Telephone:  415-637-8483
Local Counsel for Defendants/Counter-claimant

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANSCISCO BRANCH**

| | |
|---|---|
| JAMES T. JARZAB, an individual; and JAMES R. JARZAB, an individual, <br><br> Plaintiffs, <br> v. <br><br> KM ENTERPRISES, INC., dba Emtrac Systems, an Illinois corporation; ANDREA MORGAN, an individual; RODNEY K. MORGAN, an individual; and DOES 1 through 30, inclusive. <br><br> Defendants. <br><br> KM ENTERPRISES, INC., <br><br> Counter-claimant <br> v. <br><br> JAMES T. JARZAB, <br><br> Counter-defendant | CASE NO.:3:11-cv-06671-LB <br><br> **ORDER ON REQUEST FOR TELEPHONE CONFERENCE** <br><br> Date:  July 26, 2012 <br> Time:  10:30am <br> Place:  Courtroom C, 15th Floor <br><br> Hon. Judge Laurel Beeler |

1

This cause coming before the Court for consideration on Defendantsø Request for Telephone Conference,

the court being fully advised in the premises, `Counsel are to provide the courtroom deputy, Lashanda Scott at 415-522-3140 with a direct dial-in phone number by 7/11/12.`

IT IS HEREBY ORDERED that Defendantøs request is GRANTED and;

~~____Plaintiff is ORDERED to initiate the call, the court to be contracted at the following number:~~

~~_____:~~

~~____The parties are to participate in the conference as follows:~~

`The court will initiate the conference call. Counsel are to remain on standy-by until the court contacts counsel for the conference.`

Dated: `July 9, 2012`

_____
United States Magistrate Judge