Jana Yocom (ARDC# 6193677)
Jana Yocom, P.C.
320 S. 11th, Suite 1
Mt. Vernon, Illinois 62864
Telephone:  618-731-1944
Facsimile:  618-242-4808
Jana.yocom@gmail.com
KM Enterprises, Inc., Defendant/Counter-claimant
Andrea Morgan, Defendant
Rodney K. Morgan, Defendant

Martin Zurada (SBN 218235)
*Zurada Law Group*
785 Market Street, 16th Floor
San Francisco, CA 94103
m.zurada@sflawyer360.com
Telephone:  415-637-8483
Local Counsel for Defendants/Counter-claimant

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANSCISCO BRANCH**

| | |
|---|---|
| JAMES T. JARZAB, an individual; and JAMES R. JARZAB, an individual, | ) ) ) |
| Plaintiffs, | ) CASE NO.:3:11-cv-06671-LB |
| v. | ) ) |
| KM ENTERPRISES, INC., dba Emtrac Systems, an Illinois corporation; ANDREA MORGAN, an individual; RODNEY K. MORGAN, an individual; and DOES 1 through 30, inclusive. | ) ) **ORDER ON** ) **REQUEST FOR TELEPHONE** ) **CONFERENCE** ) ) |
| Defendants. | ) Date:  November 15, 2012 ) Time:  10:30am |
| KM ENTERPRISES, INC., | ) Place:  Courtroom C, 15th Floor ) |
| Counter-claimant | ) |
| v. | ) Hon. Judge Laurel Beeler ) |
| JAMES T. JARZAB, | ) ) |
| Counter-defendant | ) |

1

This cause coming before the Court for consideration on Defendants' Request for Telephone Conference, the court being fully advised in the premises,

       IT IS HEREBY ORDERED that Defendant's request is GRANTED and;

\_\_\_\_Plaintiff is ORDERED to initiate the call, the court to be contracted at the following number: _____.

 XX  The parties are to participate in the conference as follows:
Counsel are to make the necessary arrangments through CourtCall_____.

Dated: October 9, 2012                          _____
                                                        United States Magistrate Judge