Jana Yocom (ARDC# 6193677)
Jana Yocom, P.C.
320 S. 11th, Suite 1
Mt. Vernon, Illinois 62864
Telephone:  618-731-1944
Facsimile:  618-242-4808
Jana.yocom@gmail.com
KM Enterprises, Inc., Defendant/Counter-claimant
Andrea Morgan, Defendant
Rodney K. Morgan, Defendant

Martin Zurada (SBN 218235)
*Zurada Law Group*
785 Market Street, 16th Floor
San Francisco, CA 94103
m.zurada@sflawyer360.com
Telephone:  415-637-8483
Local Counsel for Defendants/Counter-claimant

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANSCISCO DIVISION**

| | |
|---|---|
| JAMES T. JARZAB, an individual; and<br>JAMES R. JARZAB, an individual,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>KM ENTERPRISES, INC., dba Emtrac Systems, an Illinois corporation; ANDREA MORGAN, an individual; RODNEY K. MORGAN, an individual; and DOES 1 through 30, inclusive.<br><br>　　　　　　Defendants.<br><br>KM ENTERPRISES, INC.,<br><br>　　　　　　Counter-claimant<br>v.<br><br>JAMES T. JARZAB,<br><br>　　　　　　Counter-defendant | CASE NO.:3:11-cv-06671-LB<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER RESCHEDULING<br>SETTLEMENT CONFERENCE**<br>AS MODIFIED<br><br><br>Date:  June ~~11~~ 14, 2013<br>Time: 9:30 am<br>Place: Courtroom A, 15th Floor<br>Judge: Hon. Nathanael Cousins<br><br>Hon. Judge Laurel Beeler |

1

The following parties and their counsel (collectively "Parties") hereby enter into this Stipulation: James T. Jarzab, James R. Jarzab, KM Enterprises, Inc., Rodney Kris Morgan and Andrea Morgan.

On February 28, 2013, the Court ordered the parties to attend a settlement conference facilitated by Hon. Nathanael Cousins. The deadline for the conference is on May 24, 2013. The conference is scheduled for that date. The parties' agreement is due to health reasons of Defendants' counsel.

### STIPULATION

The parties, incorporating the above recitals as part of their Stipulation, through their undersigned counsel, stipulate to reschedule the settlement conference to take place on June ~~11~~ 14, 2013 at 9:30 am.

The Parties agree that this Stipulation may be executed in counterparts and that a facsimile shall have the same effect as an original signature.

Dated: May 17, 2013          /s/ Jana Yocom
                             Jana Yocom, Attorney for Defendants

Dated: May 17, 2013          /s/ Brad Stuckey
                             Brad Stuckey, Attorney for Plaintiffs

IT IS SO ORDERED.

Dated: _____May 20, 2013_____

_____
Nathanael M. Cousins
United States Magistrate Judge



IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins

2