Brad Stuckey, Esq. (SBN 214971)
**HUGHES LEGAL GROUP, PC**
4471 Stoneridge Drive, Suite B
Pleasanton, California 94588
law@ralphdhughes.com
Telephone: (925) 426-9200
Facsimile: (925) 426-9215

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO

| | |
|---|---|
| JAMES T. JARZAB, an individual; and JAMES R. JARZAB, an individual,<br><br>    Plaintiffs,<br>vs.<br><br>KM ENTERPRISES, INC, dba Emtrac Systems, an Illinois corporation; ANDREA MORGAN, an individual; RODNEY K. MORGAN, an individual; and DOES 1 through 30, inclusive.<br><br>    Defendants.<br><br>KM ENTERPRISES, INC.<br><br>    Cross-Complainant<br>vs.<br><br>JAMES T. JARZAB,<br><br>    Cross-Defendant | CASE NO.: 11-CV-06671-LB<br>*Assigned For All Purposes to Honorable Laurel Beeler  - Dept. C*<br><br>**REQUEST TO APPEAR BY TELEPHONE and [PROPOSED] ORDER**<br><br>Date:       June 20, 2013<br>Time:      11:00 am<br>Place:     Courtroom C, 15th Floor<br>Magistrate: Hon. Laurel Beeler<br><br>*Complaint Filed: June 26, 2012* |

////

////

////

---

*REQUEST TO APPEAR BY TELEPHONE and [PROPOSED] ORDER*
*- 1 -*

1   Plaintiffs' counsel Brad Stuckey of HUGHES LEGAL GROUP, PC requests permission
2   from the Court to appear by telephone in the above referenced matter on June 20, 2013 at 11:00
3   am for the Case Management Conference.   Mr. Stuckey is in Ohio this week rendering a personal
4   appearance difficult.

5   Dated: June 18, 2013                    **HUGHES LEGAL GROUP, PC**
                                             Attorneys for Plaintiff

7                                            By: _____
                                              Brad Stuckey, Esq.

## ORDER

This cause coming before the Court for consideration on Plaintiffs' request to appear via telephone at the June 20, 2013 Case Management Conference, and the Court being fully advised.

IT IS SO ORDERED that Plaintiffs' request is GRANTED.

DATED: June 19, 2013                         _____
                                              United Stated Magistrate Judge

Counsel will make the necessary arrangements through CourtCall.

Counsel is ORDERED to review Northern District Civil Local Rule 16-10(a) and comply with its requirements for any future requests to appear by telephone at any future conference.

---

*REQUEST TO APPEAR BY TELEPHONE and [PROPOSED] ORDER*
- 2 -

HUGHES LEGAL GROUP
A Professional Corporation
Pleasanton, California