Jana Yocom (ARDC# 6193677)
Jana Yocom, P.C.
320 S. 11th, Suite 1
Mt. Vernon, Illinois 62864
Telephone:  618-731-1944
Facsimile:  618-242-4808
Jana.yocom@gmail.com
KM Enterprises, Inc., Defendant/Counter-claimant
Andrea Morgan, Defendant
Rodney K. Morgan, Defendant

Martin Zurada (SBN 218235)
*Zurada Law Group*
785 Market Street, 16th Floor
San Francisco, CA 94103
m.zurada@sflawyer360.com
Telephone:  415-637-8483
Local Counsel for Defendants/Counter-claimant

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANSCISCO DIVISION**

| | |
|---|---|
| JAMES T. JARZAB, an individual; and<br>JAMES R. JARZAB, an individual,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>KM ENTERPRISES, INC., dba Emtrac<br>Systems, an Illinois corporation; ANDREA<br>MORGAN, an individual; RODNEY K.<br>MORGAN, an individual; and DOES 1<br>through 30, inclusive.<br><br>　　　　　　　　Defendants.<br><br>KM ENTERPRISES, INC.,<br><br>　　　　　　　　Counter-claimant<br>v.<br><br>JAMES T. JARZAB,<br><br>　　　　　　　　Counter-defendant | CASE NO.:3:11-cv-06671-LB<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE FOR SETTLEMENT CONFERENCE**<br><br>~~PROPOSED~~ **ORDER**<br><br>Date:  June 13, 2013<br>Time: 9:30 am<br>Place: Courtroom A, 15th Floor<br>Judge: Hon. Nathanael Cousins<br><br>Hon. Judge Laurel Beeler |

IT IS HEREBY ORDERED, pursuant to stipulation of the parties, that the settlement conference in the above referenced cause is continued and rescheduled for _____August 13\_\_\_\_\_, 2013 at \_\_\_1:00\_\_\_\_ ~~am~~/pm. Any updates to the parties' settlement conference statements shall be submitted by August 6, 2013.

Dated: \_\_\_\_\_June 27, 2013_____

_____
Nathanael M. Cousins, United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

[Stamp: IT IS SO ORDERED / Judge Nathanael M. Cousins]