UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JAMES T. JARZAB, et al.,<br><br>            Plaintiffs,<br>   v.<br>KM ENTERPRISES, INC., et al.,<br><br>            Defendants.<br>_____/ | No. C 11-06671 LB<br><br>**ORDER APPROVING DISCOVERY PLAN AND SETTING FORTH REMAINING CASE SCHEDULE**<br><br>**[RE: ECF No. 145]** |

On April 7, 2014, the parties filed a revised joint case management conference statement with their proposed dispositive motions briefing schedule and their discovery plan regarding deposition dates. *See* Joint Case Management Statement, ECF No. 145. Upon reviewing the submitted joint case management statement, the court approves and adopts the scheduling dates therein. The court notes that Plaintiffs will take the deposition of Kris Morgan on April 21, 2014, in Mt. Vernon, Illinois, and that Defendants will take the deposition of James T. Jarzab on April 23, 2014, in Chicago, Illinois.

To avoid confusion regarding future case management dates and deadlines, the court provides the following revised schedule:

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Close of Fact Discovery | 4/24/2014 |
| Further Case Management Conference | 4/24/2014 at 11:00 a.m. |

C 11-06671 LB
ORDER

| Deadline to exchange and meet and confer regarding any new proposed undisputed facts | 5/8/2014 |
|---|---|
| File updated joint statement of undisputed facts | 5/15/2014 |
| Opening brief filing deadline for summary judgment | 5/29/2014 |
| Deadline for Plaintiff to file an Opposition and any Cross-Motion for summary judgment | 6/12/2014 |
| Deadline for Defendants to file Reply and Opposition to the Cross-Motion for summary judgment | 6/26/2014 |
| Deadline for Plaintiffs to file a Reply | 7/3/2014 |
| Hearing Date | 7/17//2014 at 9:30 a.m. |
| Meet and confer re pretrial filings | 9/2/2014 |
| Pretrial filings due | 9/11/2014 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 9/18/2014 |
| Final Pretrial Conference | 10/2/2014, at 1:30 p.m. |
| Trial | 10/14/2014, at 8:30 a.m. |
| Length of Trial | 5 days |

This disposes of ECF No. 145.

**IT IS SO ORDERED.**

Dated: April 8, 2014

_____
LAUREL BEELER
United States Magistrate Judge