1  Brad Stuckey, Esq. (SBN 214971)
   **STUCKEY HUGHES, APC**
2  4471 Stoneridge Drive, Suite B
   Pleasanton, California 94588
3  law@stuckeyhughes.com
   Telephone: (925) 426-9200
4  Facsimile: (925) 426-9215

5  Attorneys for Plaintiffs

6

   UNITED STATES DISTRICT COURT
7
   NORTHERN DISTRICT OF CALIFORNIA
8
   SAN FRANCISCO DIVISION
9

10

11

12  JAMES T. JARZAB, an individual; and          CASE NO.: 11-CV-06671-LB
    JAMES R. JARZAB, an individual,
13                                                *Assigned For All Purposes to Honorable
              Plaintiffs,                         Laurel Beeler   - Dept. C*
14      vs.
                                                  **REQUEST TO APPEAR BY
15  KM ENTERPRISES, INC, dba Emtrac              TELEPHONE and [PROPOSED]
    Systems, an Illinois corporation; ANDREA      ORDER**
16  MORGAN, an individual; RODNEY K.
    MORGAN, an individual; and DOES 1
17  through 30, inclusive.                        Date:       April 24, 2014
                                                  Time:       11:00 am
18            Defendants.                         Place:      Courtroom C, 15th Floor
                                                  Magistrate: Hon. Laurel Beeler
19
    KM ENTERPRISES, INC.
20                                                *Complaint Filed: June 26, 2012*
              Cross-Complainant
21
        vs.
22
    JAMES T. JARZAB,
23
              Cross-Defendant
24

25

26

27

28

REQUEST TO APPEAR BY TELEPHONE and [PROPOSED] ORDER
- 1 -

1    Plaintiffs' counsel Brad Stuckey of STUCKEY HUGHES, APC requests permission from
2 the Court to appear by telephone in the above referenced matter on April 24, 2014 at 11:00 am for
3 the Further Case Management Conference.

4 Dated: April 9, 2014             **STUCKEY HUGHES, APC**
                                                             Attorneys for Plaintiffs

6                                         By:    /s/ *Brad Stuckey*
                                                      Brad Stuckey, Esq.

## ORDER

13    This cause coming before the Court for consideration on Plaintiffs' request to appear via
14 telephone at the April 24, 2014 Further Case Management Conference, and the Court being fully
15 **advised.** Counsel to make the necessary arrangements through Court Call.

16    IT IS SO ORDERED that Plaintiffs' request is GRANTED.

18 DATED: APR 1 1 2014
                                     United Stated Magistrate Judge
19                                      Hon. Laurel Beeler

STUCKEY HUGHES
A Professional Corporation
Pleasanton, California