1  Jana Yocom (ARDC# 6193677)
   **Jana Yocom, P.C.**
2  320 S. 11th, Suite 1
   Mt. Vernon, Illinois 62864
3  Telephone: 618-731-1944
4  Facsimile: 618-242-4808
   Jana.yocom@gmail.com
5
   Attorneys for KM Enterprises, Inc.,
6  Defendant/Counter-claimant
   Andrea Morgan, Defendant
7  Rodney K. Morgan, Defendant
8
   Brad Stuckey, Esq. (SBN 214971)
9  brad@stuckeyhughes.com
   **STUCKEY HUGHES, APC**
10 4471 Stoneridge Drive, Suite B
   Pleasanton, California 94588
11 Telephone:   (925) 426-9200
12 Facsimile:   (925) 426-9215

13 Attorneys for Plaintiffs

14

15              UNITED STATES DISTRICT COURT
16              NORTHERN DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| JAMES T. JARZAB, an individual; and JAMES R. JARZAB, an individual, <br><br> Plaintiffs, <br> vs. <br><br> KM ENTERPRISES, INC, dba Emtrac Systems, an Illinois corporation; ANDREA MORGAN, an individual; RODNEY K. MORGAN, an individual; and DOES 1 through 30, inclusive. <br><br> Defendants. <br><br> AND RELATED CROSS-COMPLAINT | CASE NO.: 11-CV-06671-LB <br><br> *Assigned For All Purposes to Honorable Laurel Beeler* <br><br> **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** <br><br> Date:  May 22, 2014 <br> Time:  11:00 am <br> Place:  Courtroom C, 15th Floor <br> Magistrate: Hon. Laurel Beeler <br><br> *Trial Date: October 14, 2014* |

*JOINT CMC STATEMENT*
1

Plaintiffs James T. Jarzab and James R. Jarzab, by their attorney Stuckey Hughes APC, and Defendants KM Enterprises, Inc. ("KME"), Rodney ("Kris") Morgan, and Andrea Morgan, by their attorney Jana Yocom, P.C., file this JOINT CASE MANAGEMENT STATEMENT.

STATUS OF CASE

On April 21, 2014, prior to Rodney K. Morgan's deposition in Mt. Vernon, Illinois, the parties agreed to settlement terms in this matter. Since that date the parties have jointly drafted a written settlement agreement. The parties expect to have an executed settlement agreement within the next 7 days and to file a Stipulation requesting the dismissal of this case with prejudice shortly thereafter.

Dated: May 15, 2014               STUCKEY HUGHES, APC


                                  By: /s/ *Brad Stuckey*
                                  BRAD STUCKEY
                                  Attorneys for Plaintiffs /
                                  Cross-Defendant


Dated: May 15, 2014               JANA YOCOM, PC


                                  By: /s/ *Jana Yocom*
                                  JANA YOCOM
                                  Attorneys for Defendants / Cross-
                                  Complainant.