[COUNSEL LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES T. JARZAB, an individual; and JAMES R. JARZAB, an individual,<br><br>　　　　Plaintiffs,<br>vs.<br><br>KM ENTERPRISES, INC., et al.<br><br>　　　　Defendants. | CASE NO.: 11-CV-06671-LB<br><br>Case Assigned to the Hon. Laurel Beeler<br><br>**STIPULATION RE DISMISSAL** |
| KM ENTERPRISES, INC.<br><br>　　　　Cross-Complainant<br>vs.<br><br>JAMES T. JARZAB,<br><br>　　　　Cross-Defendant | |

TO THE HONORABLE LAUREL BEELER, JUDGE OF THE UNITED STATES DISTRICT COURT:

The parties, having entered in to a written settlement agreement of all matters, now stipulate that the Court may dismiss all parties and all causes of action with prejudice.

Dated: May 30, 2014                By: /s/   Brad Stuckey
                                   Brad Stuckey, Esq. (SBN 214971)
                                   Stuckey Hughes, APC
                                   4471 Stoneridge Drive, Suite B
                                   Pleasanton, CA 94588
                                   Telephone: (925) 426-9200
                                   Facsimile: (925) 426-9215
                                   law@stuckeyhughes.com

                                   Attorneys for Plaintiffs

Dated:  May 30, 2014               By: /s/   Jana Yocom
                                   Jana Yocom, Esq. (ARDC# 6193677)
                                   Jana Yocom, PC
                                   320 S. 11th Street, Suite 1
                                   Mt. Vernon, IL
                                   Telephone: (618) 731-1944
                                   Facsimile: (618) 242-4808
                                   Jana.yocom@gmail.com

                                   Attorneys of Defendants