UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES T. JARZAB, an individual; and JAMES R. JARZAB, an individual,<br><br>　　　　Plaintiffs,<br>vs.<br><br>KM ENTERPRISES, INC., et al.<br><br>　　　　Defendants.<br><br>---<br><br>KM ENTERPRISES, INC.<br><br>　　　　Cross-Complainant<br>vs.<br><br>JAMES T. JARZAB,<br><br>　　　　Cross-Defendant | CASE NO.: 11-CV-06671-LB<br><br>Case Assigned to the Hon. Laurel Beeler<br><br>**[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE** |

The Court, having considered the Stipulation of the parties, hereby dismisses Case No. 11-CV-06671-LB with prejudice in accordance with the terms of that stipulation.

**IT IS SO ORDERED.**

DATED: ___June 6___, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ LB_
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Laurel Beeler
　　　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge, U.S. District Court

Page 1 of 1